468 A.2d 856

Greiner v. Greiner, Appellant.

Argued June 7, 1983. Henry Barry Bier, for appellant; Joseph M. Wymard, for appellee.

Before CERCONE, President Judge, SPAETH and HESTER, JJ.

Affirmed.